PAUL J. FISHMAN
United States Attorney
CHARLES GRAYBOW
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: 973-353-6094
Fax.: 973-297-2010
e-mail: charles.graybow@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* MARK D. NOVICK, M.D., | Hon. Noel L. Hillman |
| *Plaintiffs,* | |
| v. | Civil Action No. 09-4992 (NLH) |
| DOSHI DIAGNOSTIC IMAGING SERVICES, P.C., | **ORDER RESTORING AND DISMISSING CASE AND UNSEALING CERTAIN DOCUMENTS** |
| *Defendant.* | |

The United States having submitted to the Court its notice to intervene for settlement purposes in the above-captioned action and application for an order restoring the matter to the Court's active docket, dismissing the Complaint, and unsealing certain documents,

IT IS on this 21st day of February, 2014,

ORDERED that the Clerk of the Court shall administratively reopen the above-captioned action and restore it to the Court's active docket; and it is further

ORDERED that the Relator's Complaint shall be dismissed, subject to the terms in the Settlement Agreement that the United States filed with its notice of intervention, as follows: (1) with respect to the Relator, the Complaint shall be deemed to be dismissed with prejudice; and (2) with respect to the United States and the States of New Jersey and New York, the Complaint

shall be deemed to be dismissed with prejudice as to the Diagnostic Test Covered Conduct, as described in Paragraph D of the Recitals in the Settlement Agreement, and without prejudice as to any remaining claims or allegations.

ORDERED that the Complaint, any amended complaints, the United States' notice of intervention, and this Order shall be unsealed on the docket; and it is further

ORDERED that all other documents in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason) shall remain under seal and shall not be made public.

*[signature]*

HONORABLE NOEL L. HILLMAN
United States District Judge